AO 442 (Rev. 11/11) Arrest Warrant

```
┌─────────────────────────────────────────────┐
│  ✓  FILED        ____ RECEIVED                │
│     ENTERED      ____ SERVED ON               │
│     COUNSEL/PARTIES OF RECORD                 │
│   ┌─────────────────────────┐                 │
│   │      MAR 1 1 2025        │                 │
│   └─────────────────────────┘                 │
│     CLERK US DISTRICT COURT                   │
│        DISTRICT OF NEVADA                      │
│  BY: _____ DEPUTY       │
└─────────────────────────────────────────────┘
```

# UNITED STATES DISTRICT COURT

### for the
### Northern District of California

|  |  |  |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 4:24CR00010-001 YGR |
| | ) | |
| | ) | **3:25-mj-00042-CLB** |
| Gavin Roberts | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

**To:**    Any authorized law enforcement officer

      **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* _____ Gavin Roberts _____ ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☑ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

      18:3583: VIOLATION OF CONDITIONS OF SUPERVISED RELEASE

Date:    11/15/2024

Mark B.Busby
*Issuing officer's signature*

City and state:    Oakland, California

Jacquelyn M. Lovrin, Deputy Clerk
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____                         _____ |
|                                               *Arresting officer's signature* |
|                                               _____ |
|                                               *Printed name and title* |

AO 442  (Rev. 11/11)  Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only
and therefore should not be filed in court with the executed warrant unless under seal.**

***(Not for Public Disclosure)***

Name of defendant/offender: Gavin Roberts

Known aliases: Gavin Henry Miles Roberts

Last known residence: 22709 Souza Court, Hayward, CA 94541

Prior addresses to which defendant/offender may still have ties: n/a

Last known employment: Austin Commons Apartments, 50 Austin Avenue, CA 94544

Last known telephone numbers: (510) 935-2431

Place of birth: Reno, Nevada

Date of birth: 03/10/1990

Social Security number: 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

Height: 5' 7    Weight: 200

Sex: M    Race: White

Hair: Brown    Eyes: Brown

Scars, tattoos, other distinguishing marks: n/a

History of violence, weapons, drug use: History of using: methamphetamies and cocaine

Known family, friends, and other associates *(name, relation, address, phone number)*: Vanial Ramirez (415) 304-3797

FBI number: 373045AD4

Complete description of auto: n/a

Investigative agency and address: U.S. Probation Office

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:
Cell: (510) 912-3385

Date of last contact with pretrial services or probation officer *(if applicable)*:
August 13, 2024 - via cell

___✓___ FILED          _____ RECEIVED
_____ ENTERED        _____ SERVED ON
                       COUNSEL/PARTIES OF RECORD

MAR 1 1 2025

CLERK US DISTRICT COURT
DISTRICT OF NEVADA

BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### Oakland Venue

**Amended Petition for Warrant for Person Under Supervision**
(Original petition filed with the Court on November 15, 2024)

**3:25-mj-00042-CLB**

| | |
|---|---|
| **Person Under Supervision** | **Docket Number** |
| Gavin H. Roberts | 0971 4:24CR00010-001 YGR |

**Name of Sentencing Judge:**    The Honorable Robert C. Jones
United States District Judge

**Date of Original Sentence:**    November 28, 2016

**Original Offense**
Count One: conspiracy to Distribute and Possess with Intent to Distribute a Mixture and Substance Containing a Detectable Amount of Methamphetamine, 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C) and 846, a Class C felony.

**Original Sentence:** Sixty (60) months custody, followed by three (3) years of supervised release
**Special Conditions:**    Weapons prohibition; search; no contact with Joy N. Constante, Christopher L. Baumgartner, or any street gang member; abstain from alcohol; mental health treatment; drug treatment/testing; obtain GED; and report to probation officer within 72 hours; $100 special assessment.

On January 5, 2024, jurisdiction was transferred from the Eastern District of California to the Northern District of California and assigned to Your Honor.

**Prior Form(s) 12:** On August 29, 2022, Mr. Roberts was revoked in the District of Nevada. Mr. Roberts admitted to violating his supervision by using controlled substances, failing to report police contact, and failing to follow instructs of probation officer. He was sentenced to 8 months in custody followed by 28 months of supervised release. His original conditions of supervised release were re-imposed.

On February 1, 2024, the Court took judicial notice that Mr. Roberts submitted a urine sample that was positive for cocaine.

On November 15, 2024, a Petition for a Warrant was filed alleging Mr. Roberts to abscond from supervision. His whereabouts remain unknown.

| | |
|---|---|
| **Type of Supervision** | **Date Supervision Commenced** |
| Supervised Release | February 17, 2023 |

**RE:**    Roberts, Gavin H.                                                                                2
         0971 4:24CR00010-001

| **Assistant U.S. Attorney** | **Date Supervision Expires** |
| Unassigned | June 16, 2025 |
| **Defense Counsel** | |
| Unassigned | |

---

### Petitioning the Court for to take notice of the addition of Charge Two as indicated in bold. This petition supersedes the petition for warrant filed on November 15, 2024.

I, Manuel Perez, a Probation Officer employed in the United States District Court for the Northern District of California, solemnly affirm and declare, under penalty of perjury, that to the best of my information and belief, the facts set forth in this affidavit are true and correct. The factual affirmations made below are based on my personal knowledge, on official records or documents generated and maintained by my agency in the course of performing its functions, on official records or documents generated and maintained by other government agents or agencies in the course of performing their functions, or on information provided to me orally or electronically by employees or agents of other public agencies (information developed or acquired in the course of performing official agency functions).

| Charge Number | Violation |
| --- | --- |
| One | There is probable cause to believe the person under supervision violated the condition that states, you must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements, you must notify the probation officer at least 10 days before the change. |
| | On October 24, 2024, the probation officer attempted to visit Mr. Roberts at his residence located in Hayward, California. Mr. Roberts girlfriend, Vania Ramirez informed the probation officer that he left her home after an argument. Ms. Ramirez states that she has not heard from him and that he does not have a phone. Mr. Roberts has failed to get in contact with probation, despite numerous attempts to reach him. His current whereabouts remain unknown. |
| | Evidence in support of this violation can be found in the probation office's chronological entry located in the client's electronic file dated October 24, 2024, at 1635 hours. |
| **Two** | **There is probable cause to believe the person under supervision violated the mandatory condition that he must not commit another federal, state, or local crime.** |
| | **On September 28, 2024, Mr. Roberts assaulted another person with a pocketknife. Mr. Roberts violated California Penal Code section: 245(a)(1) – Assault with a Deadly Weapon, a felony.** |

RE:    Roberts, Gavin H.                                                                3
          0971 4:24CR00010-001

> On September 28, 2024, at around 2340 hours, Mr. Roberts showed up to his previous residence located at 22716 Souza Court, Hayward, California, banging at the front door with a metal pipe. It was reported that Mr. Roberts showed up numerous times at that same address to start verbal arguments with his ex-girlfriend Vania Ramirez, and her partner Jose Palacios. Ms. Ramirez attempted to talk to Mr. Roberts outside, but the conversation escalated to them both shouting and Mr. Palacios stepped in. Mr. Roberts and Mr. Palacios wrestled in the front yard of the home. At some point, Mr. Roberts pulled out a pocketknife and stabbed Mr. Palacios in the thigh. Hayward Police officers responded and arrived at the scene. After a perimeter search, officers located Mr. Roberts who was arrested.

> The Alameda County District Attorney's Office will not go forward with this new charge due to Mr. Palacios not wishing to press charges.

> Evidence in support of this charge is the Hayward Police Department Report No. 24-00055188.

Based on the foregoing, there is probable cause to believe Gavin H. Roberts violated the conditions of his Supervised Release. Therefore, I ask the Court to issue a no bail warrant for his arrest.

Respectfully submitted,                                Reviewed by:


_____                        _____
Manuel Perez                                              Nicole M. Brown
U.S. Probation Officer                                  Supervisory U.S. Probation Officer
Date Signed: January 2, 2025

**RE:**     Roberts, Gavin H.                                                4
            0971 4:24CR00010-001

---

Having considered the information set forth above, the court finds there is probable cause to
believe there has been a violation of the conditions of supervision and orders:

☒     The issuance of a no bail warrant AND ORDER THAT THIS FORM BE FILED UNDER
      SEAL, AND NO PUBLIC RECORD OF WARRANT ISSUANCE BE MADE.   THE
      FORM SHALL BE UNSEALED AND BE PART OF THE PUBLIC RECORD UPON
      ITS EXECUTION.

☐     Other:

 

 

_____January 3, 2025_____     _____
Date                                         Yvonne Gonzalez Rogers
                                             United States District Judge

RE:     Roberts, Gavin H.                                                                          5
          0971 4:24CR00010-001

APPENDIX

Grade of Violations:  A [USSG §7B1.1(a)(1), p.s.]

Criminal History at time of sentencing:  VI

|  | **Statutory Provisions** | **Guideline Provisions** |
|---|---|---|
| **Custody:** | Two years<br>18 U.S.C. § 3583(e)(3) | 33 – 41 months<br>USSG §7B1.4(a), p.s. |
| **Supervised Release:** | Three years to life<br>21 U.S.C. § 841(b)(1)(C)<br>18 U.S.C. § 3583(h) | Three years minus any<br>custody imposed upon<br>revocation<br>USSG §7B1.3(g)(2), p.s. |
| **Probation:** | Not Applicable | Not Applicable |

AO 442 (Rev. 11/11) Arrest Warrant

| | FILED | _____ RECEIVED |
|---|---|---|
| ✓ | ENTERED | _____ SERVED ON |

COUNSEL/PARTIES OF RECORD

MAR 11 2025

CLERK US DISTRICT COURT
DISTRICT OF NEVADA

BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

for the

Northern District of California

|  |  |  |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 0971 4:24CR00010-YGR-001 |
| | ) | |
| | ) | |
| Gavin Roberts | ) | 3:25-mj-00042-CLB |
| *Defendant* | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

    **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* _____ Gavin Roberts _____ ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment    ❏ Superseding Indictment    ❏ Information    ❏ Superseding Information    ❏ Complaint
❏ Probation Violation Petition    X Supervised Release Violation Petition    ❏ Violation Notice    ❏ Order of the Court

This offense is briefly described as follows:

        18:3583: VIOLATION OF CONDITIONS OF SUPERVISED RELEASE

Date:    January 3, 2025

*Mark B. Busby*

*Issuing officer's signature*

City and state:    Oakland, California

Jacquelyn M. Lovrin, Deputy Clerk

*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____ |
| _____ |
| *Arresting officer's signature* |
| _____ |
| *Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only
and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: Gavin Roberts

Known aliases: Gavin Henry Miles Roberts

Last known residence: 22709 Souza Court, Hayward, CA 94541

Prior addresses to which defendant/offender may still have ties: n/a

Last known employment: Austin Commons Apartments, 50 Austin Avenue, CA 94544

Last known telephone numbers: (510) 935-2431

Place of birth: Reno, Nevada

Date of birth: 03/10/1990

Social Security number: 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

Height: 5' 7          Weight: 200

Sex: M          Race: White

Hair: Brown          Eyes: Brown

Scars, tattoos, other distinguishing marks: n/a

History of violence, weapons, drug use: History of using: methamphetamies and cocaine

Known family, friends, and other associates *(name, relation, address, phone number)*: Vanial Ramirez (415) 304-3797

FBI number: 373045AD4

Complete description of auto: n/a

Investigative agency and address: U.S. Probation Office

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:
Cell: (510) 912-3385

Date of last contact with pretrial services or probation officer *(if applicable)*:
August 13, 2024 - via cell