AO 94 (Rev. 06/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
## for the
### District of Nevada

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 3:25-MJ-00042-CLB |
| GAVIN H. ROBERTS ) | |
| ) | Charging District's |
| Defendant ) | Case No. 4:24-CR-00010-YGR |

☑ FILED  ___ RECEIVED
___ ENTERED  ___ SERVED ON
~~COUNSEL/PARTIES OF RECORD~~

MAR 11 2025

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the __Northern__ District of __California__,
(if applicable) __Oakland__ division. The defendant may need an interpreter for this language: __N/A__.

The defendant:  ☐ will retain an attorney.
 ☑ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date: __03/11/2025__

_____
*Judge's signature*

__CARLA BALDWIN, UNITED STATES MAGISTRATE JUDGE__
*Printed name and title*