UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
DISTRICT OF NEVADA
BRUCE R. THOMPSON U.S. COURTHOUSE
AND FEDERAL BUILDING
400 SOUTH VIRGINIA STREET #301
RENO, NEVADA   89501
(775) 686-5800

**DEBRA K. KEMPI**
**DISTRICT COURT EXECUTIVE/CLERK**

**VICENTE ANGOTTI**
**CHIEF DEPUTY, LAS VEGAS**

**DIONNA NEGRETE**
**DEPUTY IN CHARGE, RENO**

March 13, 2025

Clerk's Office
Ronald V. Dellums Federal Building
& United States Courthouse
1301 Clay Street
Oakland, CA   94612

        RE: USA v. Gavin H. Roberts
           Your File No. 4:24-cr-00010-YGR
           Our File No.   3:25-mj-00042-CLB

Dear Deputy Clerk:

    Please be advised that the above-referenced defendant was arrested in the District of Nevada (Reno) on the warrants issued from the Northern District of California ~ Oakland on November 15, 2024, and January 3, 2025.  Mr. Roberts appeared before the Honorable Carla Baldwin, United States Magistrate Judge, and was remanded to the custody of the United States Marshals for transport to the Northern District of California. Included are the documents from the District of Nevada (Reno).

    If you have any questions or require further information, please do not hesitate to contact me at (775) 686-5653.

                              Sincerely,

                              DEBRA K. KEMPI, CLERK OF COURT

                              *Lisa Mann*
                              By: Lisa Mann
                              Courtroom Administrator to
                              Magistrate Judge Carla Baldwin